

**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

___

*Andrew Boccio*  970 Broad Street, Suite 700  main: (973) 645-2700
*Assistant United States Attorney*  Newark, NJ 07102  direct:(973) 645-2781
*Acting Deputy Chief, Civil Division*  andrew.boccio@usdoj.gov

February 15, 2026

<u>**Via Electronic Filing**</u>
Honorable Georgette Castner, U.S.D.J
United States District Court
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

      **Re:** *Fabian Delgado v. Bondi*, **No. 25-18478 (GC)**
            **Unopposed Request for Extension of Time to Oppose Motion for Attorneys' Fees**

Dear Judge Castner:

    This Office represents Respondents in this habeas case. With Petitioner's consent, we respectfully request a thirty-day extension of time to file a response to Petitioner's motion for fees under the Equal Access to Justice Act ("EAJA"). If granted, Respondents will respond to the motion by March 19, 2026.

    We respectfully submit that there is good cause for this extension request. Respondents expect to argue that their position was "substantially justified" under EAJA, which will require them to analyze the state of a rapidly developing area of law. This extension will also allow us to continue our Office's efforts to prioritize the handling of an unprecedented volume of emergent immigration habeas petitions while still providing the Court and the parties with the benefit of a complete response to the motion.

    Thank you very much for your consideration of this unopposed request.

                                                        Respectfully submitted,

It is so ordered this
18th day of February, 2026.

*/s/ Georgette Castner*
GEORGETTE CASTNER, U.S.D.J.

                                                        TODD BLANCHE
                                                        U.S. Deputy Attorney General

                                                        JORDAN FOX
                                                        Chief of Staff & Associate Deputy
                                                        Attorney General
                                                         Special Attorney

            By: *s/ Andrew Boccio*
               ANDREW BOCCIO
               Assistant United States Attorney
               Acting Deputy Chief, Civil Division
               *Attorneys for Respondents*

cc:  All counsel of record (via ECF)